**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:08CR107-DJS |
| | ) |
| **TERRENCE JOHNSON,** | ) |
| | ) |
| Defendant. | ) |

<u>**ORDER**</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation [Doc. #17] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motions to dismiss the indictment [Docs. #12 & #13] are denied.

Dated this <u>  15th  </u> day of May, 2008.

<u>/s/Donald J. Stohr            </u>
UNITED STATES DISTRICT JUDGE